# United States District Court
# For The Western District of North Carolina
# Statesville Division

CYNTHIA D. FRANKLIN,

    Plaintiff(s),                        JUDGMENT IN A CIVIL CASE

vs.                                        CASE NO. 5:05CV246

JO ANNE B. BARNHART,
COMMISSIONER OF SOCIAL SECURITY,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 2, 2006, Order.

                                                Signed: March 2, 2006

                                                Frank G. Johns, Clerk
                                                United States District Court