# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION

| | | |
|---|---|---|
| **CYNTHIA D. FRANKLIN,** | ) | CIVIL NO. 5:05CV246 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | **ORDER** |
| **JO ANNE B. BARNHART,** | ) | |
| **Commissioner of Social Security,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Plaintiff's "Petition For Attorney's Fee and Costs" filed on August 24, 2005 (document #18). By Response filed on April 5, 2006, Defendant advises that the Commissioner will not oppose an award of legal fees in the amount of $1,275.00 plus $250.00 in filling fees, provided this is the only petition filed by Plaintiff in this case under 28 U.S.C. §2412(d).

**NOW THEREFORE, IT IS ORDERED:**

1. Plaintiff's 'Petition For Attorney's Fees And Costs" (document #18) is **GRANTED**, that is, counsel for Plaintiff shall be paid the sum of $1,525.00 ($1,275.00 in legal fees plus $250.00 in filling fees).

2. No additional petition pursuant to 28 U.S.C. §2412(d) shall be filed.

3. The Clerk is directed to serve copies of this order to counsel for the parties.

**SO ORDERED**.

Signed: April 5, 2006

_Carl Horn, III_
Carl Horn, III
United States Magistrate Judge